**WO**     IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | ) CR-09-505-02-PHX-PGR<br>) |
| v. | )<br>) |
| Aaron Joseph Ramirez, | ) ORDER OF DETENTION<br>) |
| Defendant. | ) |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was not held.  Argument regarding the defendant's possible placement at an appropriate halfway house heard.

The Court incorporates and adopts by reference the assessment of nonappearance/danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

Defendant does not dispute the information contained in the Pretrial Services Report.

The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

At this time, no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

/ / /

/ / /

/ / /

/ / /

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at an appropriate halfway house facility. Should the defendant be an acceptable candidate, defense counsel or Pretrial Services shall contact the Magistrate on duty to set a release hearing. If counsel for the government does not object to the proposed release, the matter will be scheduled "bag and baggage."

DATED this 18th day of May, 2009.

Edward C. Voss
United States Magistrate Judge